David R. Markham (SBN 071814)
dmarkham@markham-law.com
Maggie Realin (SBN 263639)
mrealin@markham-law.com
Lisa Brevard (SBN 323391)
lbrevard@markham-law.com
**THE MARKHAM LAW FIRM**
8910 University Center Lane, Suite 400
San Diego, California 92122
Tel.: (619) 399-3995
Fax: (619) 615-2067

RICHARD E. QUINTILONE II (SBN 200995)
JEFFREY T. GREEN (SBN 330065)
**QUINTILONE & ASSOCIATES**
22974 El Toro Road, Suite 100
Lake Forest, CA 92630
Tel.: (949) 458-9675
Fax: (949) 458-9679
Email: req@quintlaw.com; jtg@quintlaw.com

*Attorneys for Plaintiffs Andrea Harrison, Kiarash Kaffishahsavar and Kimberly Jaco and the Putative Class*

Stanley D. Saltzman, Esq. (SBN 90058)
Tatiana G. Avakian, Esq. (SBN 298970)
**MARLIN & SALTZMAN, LLP**
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Fax: (818) 991-8081
ssaltzman@marlinsaltzman.com
tavakian@marlinsaltzman.com

*Attorneys for Plaintiff Miguel Mendoza and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HARRISON, KIARASH KAFFISHAHSAVAR, KIMBERLY JACO, and MIGUEL MENDOZA, individually, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a business entity, form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case Nos.  3:19-cv-00316-LB<br>           3:19-cv-02491-LB<br>           4:20-cv-02119-YGR<br><br>**CLASS ACTION**<br><br>[Assigned for all purposes to the Hon. Laurel Beeler, Courtroom B – 15th Floor]<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL ORDER AND JUDGMENT APPROVING CLASS AND REPRESENTATIVE ACTION SETTLEMENT**<br><br>Date:      October 28, 2021<br>Time:      9:30 a.m.<br>Judge:     Hon. Laurel Beeler<br>Courtroom: B, 15th Floor<br><br>Trial Date: None Set |

**TO: ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 28, 2021, at 9:30 a.m., or as soon thereafter as the matter can be heard in Courtroom B in the above titled courthouse located at 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Andrea Harrison, Kiarash Kaffishahsavar, Kimberly Jaco, and Miguel Mendoza, on their own behalf, and on behalf of the proposed Class, will move for final judgment and order approving the class and representative action settlement.

This Motion shall be based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the declarations of Plaintiffs and Plaintiffs' counsel submitted in support of Plaintiffs' motion for attorneys' fees and costs and Class Representatives' Enhancement Awards, filed on July 29, 2021 (*Harrison* Dkt. No. 80), declarations of Plaintiffs' counsel submitted in support of the preliminary approval motion (*Mendoza* Dkt. 74-1); the supplemental declarations of David R. Markham and the Settlement Administrator, the proposed order, and upon such further evidence, both documentary and oral, as may be presented at the hearing of this motion.

This Motion will be heard concurrently with Plaintiffs' motion for approval of attorneys' fees and costs and Plaintiffs' enhancement awards, filed on July 29, 2021, and by these Motions, Plaintiffs will seek that the Court:

(a) determine whether the proposed Settlement should be finally approved by the Court as fair, reasonable and adequate;

(b) determine the reasonableness of Class Counsel's request for attorneys' fees and costs;

(c) determine the reasonableness of the Class Representative Enhancement Awards requested for the Class Representatives;

(d) order entry of Judgment in the Class Action, which shall constitute a complete release and bar with respect to the Released Claims as described in paragraph 43 of the Settlement Agreement.

Dated: September 23, 2021

                                          Respectfully submitted,

                                          s/ David R. Markham
                                          Attorney for Plaintiff and Class
                                          E-mail: dmarkham@markham-law.com

1

*Harrison, et al. v. Bank of America, N.A.,* Case No. 3:19-cv-00316-LB
Plaintiffs' Notice of Motion for Final Order and Judgment Approving Class and Representative Action Settlement